IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-M-283

JEANNA GOUGH,

      Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

      Defendant(s).

---

ORDER DENYING MOTION TO BIFURCATE

---

      On June 23, 2005, the defendant filed a motion under Fed.R.Civ.P. 42(b) to separate the plaintiff's claim for underinsured motorist benefits from the plaintiff's claim of bad faith and outrageous conduct.  The issue of the value of the coverage claim and the handling of the claim by the defendant are interrelated and not separable and it is therefore

      ORDERED that motion to bifurcate is denied.

      Dated: June 24th, 2005

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge