IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00283-RPM-CBS

JEANNA GOUGH,

    Plaintiff,

v.

ALL STATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is a Stipulated Motion to Amend Scheduling Order (filed September 13, 2005; *doc. no. 16*). The Court, having reviewed the pleadings, the file and relevant authorities, hereby **GRANTS** the parties' stipulated request and **ORDERS** that the Scheduling Order be modified as follows:

| | |
|---|---|
| Rule 26(a)(2) REBUTTAL expert disclosures | **October 16, 2005** |
| Discovery deadline | **November 19, 2005** |
| Dispositive motion deadline | **December 21, 2005** |

**DATED:**    September 15, 2005