IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-00283-RPM-CBS

JEANNA GOUGH,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER AMENDING SCHEDULING ORDER

THE COURT, having reviewed the parties' Stipulated Motion to Amend Scheduling Order (filed October 27, 2005; *doc. no. 19*), and the pleadings in this matter, and being fully advised therein, hereby

**ORDERS** that the instant motion is **GRANTED** and the Scheduling Order shall be amended as follows:

1.     The rebuttal expert witness disclosure deadline shall be **November 15, 2005**;

2.     Discovery cut-off shall be **December 15, 2005**; and

3.     Dispositive motions deadline shall be **December 30, 2005**.

DATED at Denver, Colorado, this 27th day of October, 2005.

                                        BY THE COURT:

                                        s/Craig B. Shaffer
                                        Craig B. Shaffer
                                        United States Magistrate Judge