**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 05-cv-00283-RPM-CBS | FTR - Reporter Deck-Courtroom A402 |
| **Date:** May 22, 2006 | Bernique Abiakam, Courtroom Deputy |

| | |
|---|---|
| JEANNA GOUGH | Kirk R. McCormick (via telephone) |
| **Plaintiff(s),** | |
| v. | |
| ALLSTATE INSURANCE COMPANY | Andrew A. Scott |
| **Defendant(s).** | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:** Motions
**Court in session: 10:31 a.m.**
Court calls case. Appearances of counsel.

10:34 a.m.   Argument by Mr. Scott.

10:37 a.m.   Argument by Mr. McCormick. Questions by the Court.

11:09 a.m.   Rulings by the Court.

**ORDERED: Defendant's Motion to Preclude Expert Witness, Donald Vogenthaler, Rh.D. (Filed 4/6/06. Doc. No. 39) is DENIED for reasons as set forth on the record.**

**ORDERED: Defendant's counsel shall submit a supplement to the expert report of Dr. Vogenthaler, Rh.D., as specified, by the close of business May 26, 2006.**

**ORDERED: Defendant's Motion for Rule 35 Examination (Filed 4/14/06, Doc. No. 42) is GRANTED.**

**ORDERED: All discovery, as specified, shall be completed within 45 days of today's date.**

The Court states that all counsel are expected to work together cooperatively and in a professional manner so that all discovery issues are completed.

**Court in recess:** 11:18 a.m.
Hearing concluded. Total time in court: 47 minutes.