IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00283-RPM-CBS

JEANNA GOUGH,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

      Upon review of the defendant's motion for partial summary judgment, filed December 29, 2005, and the papers supporting and opposing the motion, the Court finds and concludes that the sufficiency of the plaintiff's bad faith claim is not dependent upon the opinion of an expert witness but is a jury question that can be resolved from the manner in which the defendant's adjustor considered the plaintiff's claim and there is sufficient support for a jury to determine that it was done in bad faith. It is further the Court's view that taking all of the plaintiff's suggested evidence as valid, it is insufficient to state a claim for outrageous conduct under Colorado law. It is therefore

      ORDERED that the defendant's motion for summary judgment on the bad faith claim is denied and it is

      FURTHER ORDERED that the defendant's motion for summary judgment on the outrageous conduct claim is granted and that claim is dismissed.

      Dated: May 25, 2006

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge