IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00283-RPM-CBS

JEANNA GOUGH,

    Plaintiff,

v.

ALL STATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Modification of Courtroom Minutes / Minute Order Dated 5/22/06 as it Relates to Report of Donald Vogenthaler, Rh.D (*doc. no. 63*) is **GRANTED**, in part and **DENIED** in part.

    The record is amended to reflect that Plaintiff is required to supplement the expert report of Dr. Vogenthaler, Rh.D, for the reasons stated during the hearing on May 22, 2006.

    At this time the court denies, without prejudice, the request for extension of time to provide the supplement to the report. Plaintiff has not provided a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the Plaintiff attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**    June 1, 2006