IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00283-RPM-CBS

JEANNA GOUGH,

    Plaintiff,

v.

ALL STATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Modification of Courtroom Minutes / Minute Order Dated 5/22/06 as it Relates to Report of Donald Vogenthaler, Rh.D (filed June 15, 2006, *doc. no. 66*) is **GRANTED**, in part and **DENIED** in part.

    The court will deny Plaintiff's second request to amend the Courtroom Minutes / Minute Order (doc. no. 59). The Courtroom Minutes / Minute Order and the amendment made per a Minute Order filed June 1, 2006 *(doc. no. 65)* shall remain unchanged.

    The court will however, grant Plaintiff's uncontested request for extension of time to provide the supplement to the report from May 26, 2006, to June 15, 2006.

**DATED:**    June 15, 2006