IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00283-RPM-CBS

JEANNA GOUGH,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

## ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that this case is now ready to be set for a pretrial

conference, it is

ORDERED that a pretrial conference is scheduled for **October 13, 2006, at 2:30**

**p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply

with the Instructions for Preparation and Submission of Final Pretrial Order which may

be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered

in paper form directly to chambers by **October 5, 2006.**

Dated: September 1, 2006

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge