IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00283-RPM-CBS

JEANNA GOUGH,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

## ORDER

---

      After review of Plaintiff's Unopposed Motion to Amend Scheduling Order and Motion to Vacate and Reset Pretrial Conference, filed September 6, 2006 [69], it is

      ORDERED that the unopposed motions to amend scheduling order and to vacate pretrial conference are granted and the conference scheduled for October 13, 2006 at 2:30 p.m. is vacated.  It is

      FURTHER ORDERED that the motion to reset pretrial conference is denied.  It is

      FURTHER ORDERED that the Scheduling Order entered on April 19, 2005 and amended last by Minute Order of February 23, 2006 is further amended to reflect the following deadlines:

      A. Expert witness disclosures deadline shall be October 6, 2006.
      B. Rebuttal expert witness disclosures deadline shall be November 6, 2006.
      C. Discovery cut-off date shall be December 15, 2006.

      DATED: September 8th, 2006

                      BY THE COURT:

                      s/ Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge