IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00283-RPM-CBS

JEANNA GOUGH,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

ORDER ON MOTION TO CONTINUE PRETRIAL CONFERENCE

---

      Pursuant to Plaintiff's Unopposed Motion to Continue Pretrial Conference (Doc. #78), filed on June 7, 2007, it is

      ORDERED that the pretrial conference is changed to a status conference at which time counsel will be present.

      DATED:   June 8th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge