**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00283-RPM-CBS

JEANNA GOUGH

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

Defendant.

**ORDER FOR WITHDRAWAL OF KENNETH SENN, DECEASED**

Upon information that Kenneth Senn has died, it is

ORDERED that the motion filed on June 8, 2007, (Doc. #80) is granted and Kenneth Senn's name is withdrawn from this case.

DATED: June 11, 2007

            By the Court:

            s/Richard P. Matsch

            _____
            JUDGE MATSCH