IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00283-RPM-CBS

JEANNA GOUGH,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant.

────────────────────────────────────────────────────────────

ORDER SETTING PRETRIAL CONFERENCE

────────────────────────────────────────────────────────────

Pursuant to the status conference convened today it is

ORDERED that a pretrial conference is scheduled for **July 31, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **July 26, 2007.**

DATED:   June 20, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge