IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00283-RPM-CBS

JEANNA GOUGH,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

ORDER SETTING JURY TRIAL

---

      Pursuant to the pretrial conference convened today it is

      ORDERED that this matter is set for trial to jury on **January 28, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      DATED:   July 31st, 2007

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge