IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00283-RPM-CBS

JEANNA GOUGH,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

ORDER REJECTING PROPOSED FINAL PRETRIAL ORDER AND SETTING
ADDITIONAL PRETRIAL CONFERENCE

---

A pretrial conference was held in this matter on July 31, 2007, at which time the Court set the jury trial to begin January 28, 2008, and directed the parties to submit a new pretrial order by August 30, 2007.  A final pretrial order was submitted, signed by counsel for the parties.  The proposed final pretrial order is not acceptable and does not reflect this Court's directions at the pretrial conference.  Notably, every possible affirmative defense is still asserted and both parties have listed numerous may call witnesses.  Because there has been a failure to comply with this Court's directions and because the proposed final pretrial order is not workable for the conduct of an official jury trial, it is

ORDERED that the proposed final pretrial order is rejected and a second pretrial conference will be convened on **October 3, 2007, at 3:00 p.m.** in the Conference

Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. A revised proposed pretrial order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 27, 2007.**

DATED: September 11th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge