IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-00283-RPM-CBS

JEANNA GOUGH,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of Plaintiff Jeanna Gough and Defendant Allstate Insurance Company for a dismissal of the above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney fees.

DONE in Court this 19th day of February, 2008.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            United States District Court Judge